UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )  Civil Action No. 10-C-0833<br>) |
| v. | )<br>)  **COMPLAINT** |
| ABBOTT LABORATORIES, | )  (Jury Trial Demand)<br>) |
| Defendant. | )<br>) |

NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age and to provide appropriate relief to John Ziegler. As alleged below, on or about February 2, 2006, the defendant Abbott Laboratories terminated Ziegler from his position as a sales representative because of his age (then 54).

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967 ("ADEA"), as amended, 29 U.S.C. § 626(b), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Wisconsin.

## PARTIES

3. The plaintiff, the Equal Employment Opportunity Commission ("EEOC"), is the agency of the United States of America charged with administering, interpreting, and enforcing the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, the defendant, Abbott Laboratories ("Abbott"), has continuously been an Illinois corporation doing business in the state of Wisconsin and the Eastern District of Wisconsin, and has continuously had at least 20 employees.

5. At all relevant times, Abbott has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

## CONCILIATION

6. Prior to institution of this lawsuit, the EEOC's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference, and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

7. Since at least on or about March 2005, Abbott engaged in unlawful employment practices, in violation of Section 4(a)(1) of the ADEA, 29 U.S.C. § 623(a)(1), when it terminated Ziegler, who was in the protected age group as defined in Section 12 of the ADEA, 29 U.S.C. § 631, from his position as a sales representative because of his age (then 54). Abbott, through the actions of its managers, caused Ziegler's termination by unfairly disciplining him and failing to properly acknowledge his successful sales performance, based on age bias including age based

stereotypes. Abbott ultimately replaced Ziegler with a less-experienced, less-educated, but much younger (then 34) sales representative who was not subjected to the same discipline and lack of acknowledgement as Ziegler.

8. The effect of the practices complained of in Paragraph 7 above has been to deprive Ziegler of equal employment opportunities and otherwise adversely affect his status as an employee, because of his age.

9. The unlawful employment practices complained of in Paragraph 7 above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

Wherefore, the EEOC respectfully requests that this Court:

A. Grant a permanent injunction enjoining Abbott and its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them, from engaging in employment practices which discriminate against individuals 40 years of age and older by terminating their employment because of their age.

B. Order Abbott to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C. Grant a judgment requiring Abbott to pay Ziegler appropriate back wages, including lost benefits, in an amount to be determined at trial, an equal sum as liquidated damages, and pre-judgment interest.

D. Order Abbott to make Ziegler whole by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to rightful-place reinstatement; frontpay, including lost benefits, as necessary in lieu of reinstatement; and attorney's fees.

D. Grant such further relief as the Court deems necessary and proper in the public interest.

E. Award the EEOC its costs of this action.

## JURY TRIAL DEMAND

The EEOC requests a jury trial on all questions of fact raised by its complaint.

                                              P. David Lopez
                                              General Counsel

                                              Gwendolyn Young Reams
                                              Associate General Counsel

                                              EQUAL EMPLOYMENT OPPORTUNITY
                                                   COMMISSION
                                              131 M Street, N.W.
                                              Washington, D.C. 20507

Dated: September 22, 2010        /s/ *John C. Hendrickson*_____
                                              John C. Hendrickson
                                              Regional Attorney

Dated: September 22, 2010        /s/ *Jean P. Kamp*_____
                                              Jean P. Kamp
                                              Associate Regional Attorney

                                              EQUAL EMPLOYMENT OPPORTUNITY
                                                 COMMISSION
                                              Chicago District Office
                                              500 West Madison Street - Suite 2800
                                              Chicago, IL 60661
                                              *Telephone*: (312) 353-7719
                                              *E-mail*:    john.hendrickson@eeoc.gov
                                              *E-mail*:    jean.kamp@eeoc.gov

Dated: September 22, 2010        /s/ *Brian C. Tyndall*_____
                                              Brian C. Tyndall
                                              Senior Trial Attorney

                                              EQUAL EMPLOYMENT OPPORTUNITY
                                                 COMMISSION
                                              Milwaukee Area Office

310 West Wisconsin Avenue - Suite 800
Milwaukee, WI 53203-2292
*Telephone*: (414) 297-1130
*Fax*: (414) 297-3146
*E-mail*: brian.tyndall@eeoc.gov